# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MACIAS , <br><br> Plaintiff(s) <br><br> v. <br><br> MILPITAS CENTER, LLC et al. , <br><br> Defendant(s) | Case No. C 19-cv-05323-VKD <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __21__ days.

Date: 7/14/2020

Signed: /s/ Irakli Karbelashvili
        Attorney for Plaintiff(s)

Signed: /s/ Christine H. Long
        Attorney for Defendant(s)

Signed: /s/ Leon Jew
        Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*