**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for LENA MACIAS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA MACIAS,<br><br>               Plaintiff,<br><br>vs.<br><br>MILPITAS CENTER, LLC, et al.<br><br>               Defendants. | Case No. 19-cv-05323-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISISNG ACTION WITH PREJUDICE** |

Plaintiff LENA MACIAS and Defendants CA MILPITAS BUFFET, INC. and MILPITAS CENTER, LLC stipulate, pursuant to Fed. R. Civ. P 41(a)(2), that this action be dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties further stipulate that the Court retain jurisdiction over the parties settlement agreement in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: August 11, 2020

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for
Plaintiff LENA MACIAS

Dated: August 11, 2020

*/s/ Christine Long*
Christin Long, Attorney for
Defendant MILPITAS CENTER, LLC

Dated: August 14, 2020

*/s/ Leon Jew*
Leon Jew Attorney for
Defendant CA MILPITAS BUFFET, INC.

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

# [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good case appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: _____
United States Magistrate Judge